# Court of Appeals
# of the State of Georgia

ATLANTA,  November 16, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0018. THOMAS ADDAQUAY v. THE BANK OF NEW YORK MELLON F/N/A THE BANK OF NEW YORK ET AL.**

Plaintiff/Defendant Thomas Addaquay has filed a motion titled Non-Joined Defendant-Appellant's Emergency Petition For Certiorari To Review Writ Of Possession And Summary Judgment And Petition To Stay Writ pursuant to Court Rule 40(b).  There being no evident legal basis for the relief sought, said Motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/16/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*